```
ALICIA FRANCINE TAKACS      *   IN THE
1408 Ryan Road              *
Fallston, Maryland 21047    *
                            *   CIRCUIT COURT
        Plaintiff           *
                            *
    v.                      *   FOR
                            *
MICHAEL FIORE, et al.       *
                            *   HARFORD COUNTY
        Defendants          *
                            *   Case No.        CCB06CV2343
```

## DEMAND FOR JURY TRIAL

Alicia Francine Takacs, Plaintiff, by undersigned counsel, demands a trial by jury in this matter.

LAW OFFICES OF
DANIEL EARNSHAW, LLC, by:

*(signature)*

Daniel J. Earnshaw, Esquire
Earnshaw Building
2011 Pulaski Highway
Edgewood, Maryland 21040
(410) 679-2221

Attorneys for Plaintiff